THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Steven J. Zimmerman & Sarah M. Zimmerman,       
Respondents,
 
 
 

v.

 
 
 
Vicki Lane Marsh,       
Appellant.
 
 
 

Appeal From Georgetown County
Benjamin H. Culbertson, Master-In-Equity

Unpublished Opinion No. 2003-UP-662
Submitted September 17, 2003  Filed November 17, 2003

AFFIRMED

 
 
 
Robert H. Gwin, of Myrtle Beach, for Appellant.
Robert H. ODonnell, of Georgetown, for Respondents.
 
 
 

PER CURIAM:  Steven J. Zimmerman and Sarah 
 M. Zimmerman brought this action seeking partition by sale of property they 
 owned jointly with Vicki Lane Marsh.  Marsh requested the property be allotted 
 to her.  Finding partition by allotment not feasible under the circumstances, 
 the master-in-equity ordered partition by sale and set forth the credits to 
 be allowed to each of the parties.  Marsh appeals.  We affirm pursuant to Rule 
 220, SCACR and the following authorities:
Issue I.:  S.C. Code Ann. § 15-61-10 (1976) (partition 
 is compellable by a cotenant as a matter of right); Pinckney v. Atkins, 
 317 S.C. 340, 345, 454 S.E.2d 339, 342 (Ct. App. 1995) (stating a partition 
 procedure must be fair and equitable to all parties of the action); Few v. 
 Few, 242 S.C. 433, 441, 131 S.E.2d 248, 252 (1963) (stating partition in 
 kind or by allotment may be resorted to only when it can be fairly and impartially 
 made and without injury to any of the parties in interest); Pruitt v. Pruitt, 
 298 S.C. 411, 414, 380 S.E.2d 862, 864 (Ct. App. 1989) ([Di]sparate testimony 
 as to the value of the subject property requires partition by public sale, which 
 will afford each party an opportunity to back her own judgment of value by bidding 
 for the interest of the other.).  
Issue II:  Holy Loch Distrib., Inc. v. Hitchcock, 
 340 S.C. 20, 24, 531 S.E.2d 282, 284 (2000) (stating in order to preserve issue 
 for appellate review issue must have been raised to and ruled upon by the trial 
 judge);  Jackson v. Speed, 326 S.C. 289, 311, 486 S.E.2d 750, 761 (1997) 
 (holding issue not preserved for appellate review where appellants failed to 
 object to the cost issue either at the hearing or in their motion to alter or 
 amend the order).  
 AFFIRMED
HUFF, STILWELL, and BEATTY, JJ., concur.